and five typewritten briefs, on condition records and briefs are filed on or before July 15, 1960.

LEWIS McCLINSEY, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., Appellant.— Motion granted and order dismissing appeal vacated, upon condition that respondent's brief, or a demand therefor pursuant to rule VII of the Appellate Division, Fourth Department, Calendar Rules, is filed on or before August 1, 1960.

In the Matter of ROLLWAY BEARING COMPANY, INC., Respondent, and LOCAL NO. 798, INTERNATIONAL UNION UNITED AUTOMOBILE, AIRCRAFT, AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, Appellant.— Motion to dismiss appeal denied. The exhibits referred to in the record may be handed up on the argument of the appeal or, if either party so desires, they may be printed as an appendix to the brief.— Motion to place case on the Term Calendar granted, case to be argued at May 1960 Term. We are informed that a demand for respondent's brief has been served in compliance with rule VII of the Appellate Division, Fourth Department, Calendar Rules; respondent's brief must be filed on or before May 5, 1960 or no such brief will be received and the case will be deemed submitted upon oral argument. (Order entered May 2, 1960.)

CITY OF BUFFALO, Respondent, v. FERRY-WOODLAWN REALTY COMPANY, INC., et al., Appellants, et al., Defendants.— Motion granted and execution of order stayed pending hearing and determination of appeal, and case set down for argument on May 11, 1960, upon condition that appellants' typewritten brief served on respondent on or before May 4, 1960, respondent's typewritten brief served on appellant on or before May 6, 1960, and printed records and briefs of both parties filed and served on or before May 9, 1960. (Order entered May 3, 1960.)

CITY OF BUFFALO, Respondent, v. FERRY-WOODLAWN REALTY COMPANY, INC., et al, Appellants.— Motion granted and appeal from order entered March 22, 1960 dismissed, without costs as academic.

In the Matter of THOMAS J. CARVILLE, Petitioner, against BOARD OF EDUCATION OF THE UTICA CITY SCHOOL DISTRICT et al., Respondents.— Motion granted and case added to Calendar for May 1960 Term, on condition that respondents' printed briefs are filed and served on or before May 6, 1960. (Order entered May 3, 1960.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY L. KINGSTON, Appellant.— Motion granted and case added to Calendar for May 1960 Term on condition that respondent's printed brief is filed and served on or before May 6, 1960. (Order entered May 3, 1960.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Motion granted and case added to Calendar for May 1960 Term. Unless respondent's printed brief is filed and served on or before May 9, 1960, no such brief will be received, and the case will be deemed submitted upon oral argument. (Order entered May 3, 1960.)